COOLEY LLP
BENEDICT HUR (SBN: 224018)
(bhur@cooley.com)
JONATHAN PATCHEN (SBN: 237346)
(jpatchen@cooley.com)
MICHAEL ROME (SBN: 272345)
(mrome@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ELIZABETH B. PRELOGAR (SBN: 262026)
(eprelogar@cooley.com)
RAYMOND P. TOLENTINO (*Admitted Pro Hac Vice*)
(rtolentino@cooley.com)
EPHRAIM A. MCDOWELL (*Admitted Pro Hac Vice*)
(emcdowell@cooley.com)
1299 Pennsylvania Avenue NW, Suite 700
Washington, District of Columbia 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

*Attorneys for Plaintiffs*
*Google LLC and YouTube, LLC*

*[Additional Counsel on Following Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE LLC, YOUTUBE, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant | Case No. 5:25-cv-09795-EJD |
| TIKTOK INC., <br><br> Plaintiff, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California, <br><br> Defendant | Case No. 3:25-cv-09789-EJD |

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila
November 19, 2025

| 1 | META PLATFORMS, INC., | Case No. 4:25-cv-09792-EJD |
| --- | --- | --- |
| 2 | Plaintiff, | **JOINT STIPULATION TO SET BRIEFING SCHEDULE AND HEARING DATE ON MOTIONS FOR PRELIMINARY INJUNCTION AND DEADLINE TO RESPOND TO COMPLAINTS; [PROPOSED] ORDER** |
| 3 | v. | |
| 4 | ROB BONTA, in his official capacity as Attorney General of California, | |
| 5 | | |
| 6 | Defendant | |
| 7 | | **\* AS MODIFIED \*** |
| 8 | | Hon. Edward J. Davila<br>Trial Date: None Set<br>Actions Filed: November 13, 2025 |
| 9 | | |

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone:   +1 310 553 6700
Facsimile:   +1 310 246 6779

JEFFREY L. FISHER (S.B. #256040)
jfisher@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:   +1 650 473 2600
Facsimile:   +1 650 473 2601

JONATHAN D. HACKER (*pro hac vice*)
jhacker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone:   +1 202 383 5300
Facsimile:   +1 202 383 5414

*Attorneys for Plaintiff TikTok Inc.*

Isaac D. Chaput (Bar No. 326923)
Daniel A. Rios (Bar No. 326919)
**COVINGTON & BURLING LLP**
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, California 94105-2533
(415) 591-6000

| | |
|---|---|
| 1 | ichaput@cov.com |
| 2 | drios@cov.com |
| 3 | Alexander L. Schultz (Bar No. 340212) |
| | **COVINGTON & BURLING LLP** |
| 4 | 1999 Avenue of the Stars |
| | Los Angeles, California 90067-4643 |
| 5 | (424) 332-4800 |
| 6 | aschultz@cov.com |
| 7 | Mark W. Mosier (pro hac vice forthcoming) |
| | Teena-Ann V. Sankoorikal (pro hac vice forthcoming) |
| 8 | Alexandra J. Widas (pro hac vice forthcoming) |
| | **COVINGTON & BURLING LLP** |
| 9 | 850 Tenth Street, NW |
| | Washington, D.C. 20001 |
| 10 | (202) 662-6000 |
| 11 | mmosier@cov.com |
| | tsankoorikal@cov.com |
| 12 | awidas@cov.com |
| 13 | *Attorneys for Plaintiff Meta Platforms, Inc.* |
| 14 | Rob Bonta |
| 15 | Attorney General of California |
| | Lara Haddad |
| 16 | Supervising Deputy Attorney General |
| | Shiwon Choe (Bar No. 320041) |
| 17 | Deputy Attorney General |
| 18 | **CALIFORNIA DEPARTMENT OF JUSTICE** |
| | 455 Golden Gate Avenue, Suite 11000 |
| 19 | San Francisco, CA 94102-7004 |
| | (415) 510-4400 |
| 20 | shiwon.choe@doj.ca.gov |
| 21 | *Attorneys for Defendant Rob Bonta, in his* |
| 22 | *official capacity as Attorney General of California* |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Pursuant to Civil Local Rules 6-1, 6-2, and 7-12, TikTok Inc., Plaintiff in *TikTok Inc. v. Bonta*, No. 3:25-cv-09789-EJD (N.D. Cal.), Google LLC and YouTube, LLC, Plaintiffs in *Google LLC et al. v. Bonta*, No. 5:25-cv-09795-EJD (N.D Cal.), and Meta Platforms, Inc., Plaintiff in *Meta Platforms, Inc. v. Bonta*, No. 4:25-cv-09792-EJD (N.D. Cal.) (collectively, "Plaintiffs"), and Defendant in all three actions, Rob Bonta, in his official capacity as Attorney General of California (together, "the Parties"), and with all three actions now pending before this Court, hereby stipulate to and move to set a briefing and hearing schedule for each of Plaintiffs' motions for preliminary injunction as follows:

| | |
|---|---|
| **Plaintiffs' Motions for Preliminary Injunction:** | November 18, 2025 |
| **Defendant's Oppositions:** | December 18, 2025 |
| **Plaintiffs' Replies:** | January 20, 2026 |
| **Hearing on Motions:** | February ~~5~~ **12**, 2026 |

Pursuant to Civil Local Rule 6-2(a), this stipulation is made, and the relief requested, for the reasons set forth in the Declaration of Daniel M. Petrocelli, attached hereto as **Exhibit A**. The Parties have not previously requested a time modification in this case, nor do they anticipate that this stipulation will affect any other scheduled dates in this matter. The Parties stipulate to these dates, as well as the time for Defendant's response to the Complaints, without prejudice to any Party's right to seek further extensions in the future.

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, through their counsel of record, that:

1. Plaintiffs shall file their respective motions for preliminary injunction no later than November 18, 2025;
2. Defendant shall file his oppositions to those motions no later than December 18, 2025;
3. Plaintiffs shall file their replies no later than January 20, 2026;
4. The hearing date for the motions for preliminary injunction shall be February 5, 2026, subject to the Court's availability.

5. Defendant shall file his responses to the Complaints no later than thirty days (subject to Federal Rule of Civil Procedure 6(a)(1)(C)) following this Court's ruling on the Motions for Preliminary Injunction.

Dated: November 17, 2025　　　　　　　　COOLEY LLP

By:　/s/ Elizabeth B. Prelogar
　　　Elizabeth B. Prelogar

Raymond P. Tolentino
Ephraim A. McDowell
Benedict Hur
Jonathan Patchen
Michael Rome

*Attorneys for Plaintiffs Google LLC and YouTube, LLC*

Dated: November 17, 2025         Respectfully submitted,


By:   /s/ Daniel M. Petrocelli
         Daniel M. Petrocelli

DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, Suite 800
Los Angeles, California 90067-6035
Telephone:     +1 310 553 6700
Facsimile:     +1 310 246 6779

JEFFREY L. FISHER (S.B. #256040)
jfisher@omm.com
O'MELVENY & MYERS LLP
2765 Sand Hill Road
Menlo Park, CA 94025
Telephone:     +1 650 473 2600
Facsimile:     +1 650 473 2601

JONATHAN D. HACKER (*pro hac vice*)
jhacker@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone:     +1 202 383 5300
Facsimile:     +1 202 383 5414

*Attorneys for Plaintiff TikTok Inc.*

Dated: November 17, 2025          Respectfully submitted,


                                  By:    /s/ Isaac D. Chaput
                                         Isaac D. Chaput

                                  Isaac D. Chaput (Bar No. 326923)
                                  Daniel A. Rios (Bar No. 326919)
                                  **COVINGTON & BURLING LLP**
                                  Salesforce Tower
                                  415 Mission Street, Suite 5400
                                  San Francisco, California 94105-2533
                                  (415) 591-6000
                                  ichaput@cov.com
                                  drios@cov.com

                                  Alexander L. Schultz (Bar No. 340212)
                                  **COVINGTON & BURLING LLP**
                                  1999 Avenue of the Stars
                                  Los Angeles, California 90067-4643
                                  (424) 332-4800
                                  aschultz@cov.com

                                  Mark W. Mosier (pro hac vice forthcoming)
                                  Teena-Ann V. Sankoorikal (pro hac vice forthcoming)
                                  Alexandra J. Widas (pro hac vice forthcoming)
                                  **COVINGTON & BURLING LLP**
                                  850 Tenth Street, NW
                                  Washington, D.C. 20001
                                  (202) 662-6000
                                  mmosier@cov.com
                                  tsankoorikal@cov.com
                                  awidas@cov.com

                                  *Attorneys for Plaintiff Meta Platforms, Inc.*

Dated: November 17, 2025  Respectfully submitted,

ROB BONTA
Attorney General of California
LARA HADDAD
Supervising Deputy Attorney General


By:  */s/ Shiwon Choe*
     Shiwon Choe

Shiwon Choe (Bar No. 320041)
Deputy Attorney General
**CALIFORNIA DEPARTMENT OF JUSTICE**
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
(415) 510-4400
shiwon.choe@doj.ca.gov

*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*

**PURSUANT TO STIPULATION, IT IS SO ORDERED, AS MODIFIED.**

The Hearing on the Motions for Preliminary Injunction are continued to February 12, 2026, at 9:00 a.m. The Initial Case Management Conferences set for February 5, 2026, are continued to February 12, 2026.

**IT IS SO ORDERED.**

Dated: November 19, 2025

The Honorable Edward J. Davila
United States District Judge