*Parties and counsel listed on signature pages*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| **TIKTOK INC,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                    Defendant. | Case No. 5:25-cv-09789-EJD<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR SEALING MOTIONS** |
| **META PLATFORMS, INC.,**<br><br>                    Plaintiff,<br><br>       v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                    Defendant. | Case No. 5:25-cv-09792-EJD<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR SEALING MOTIONS** |

| | |
|---|---|
| **GOOGLE LLC and YOUTUBE, LLC,**<br><br>                                   Plaintiffs,<br><br>       v.<br><br>**ROB BONTA, in his official capacity as Attorney General of California,**<br><br>                                   Defendant. | Case No. 5:25-cv-09795-EJD<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR SEALING MOTIONS** |

1    The Parties stipulate and respectfully request that the Court extend the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of Defendant's Omnibus Opposition to Plaintiffs' Motions for a Preliminary Injunction ("Opposition") from Friday, March 20, 2026, to Friday, April 3, 2026. The Parties also stipulate and respectfully request that the Court extend the deadline for any responses to those motions to seal from April 10, 2026 to April 24, 2026.

Pursuant to Civil Local Rule 6-2(a) and in support of the request, the Parties state as follows:

1.    On November 18, 2025, Plaintiffs in these actions filed Motions for a Preliminary Injunction. *See TikTok Inc. v. Bonta* ("*TikTok*"), No. 5:25-cv-09789-EJD, ECF No. 20; *Meta Platforms, Inc. v. Bonta* ("*Meta*"), No. 5:25-cv-09792-EJD, ECF Nos. 19; *Google LLC v. Bonta* ("*Google*"), No. 5:25-cv-09795-EJD, ECF No. 23.

2.    In each of these actions, Plaintiffs then produced materials to Defendant that have been designated confidential pursuant to separate stipulated protective orders with requirements governing the sealing of those materials or descriptions of those materials in court filings on an expedited basis.

3.    In advance of the filing of Defendant's Opposition to Plaintiffs' Motions for a Preliminary Injunction, the Parties stipulated to extend Plaintiffs' deadline to seal any exhibits Defendant would file provisionally under seal in connection with its forthcoming Opposition to March 20, and the Court approved that stipulation, setting a March 20, 2026 deadline for Plaintiffs' motions to seal. *See TikTok*, ECF No. 42; *Meta*, ECF No. 61; *Google*, ECF No. 45.

4.    On February 20, 2026, Defendant filed his Opposition. In connection with the Opposition, Defendant appended, under seal, the confidential materials previously produced to him by Plaintiffs.

5.    The Parties are presently meeting and conferring over whether and how to narrow the scope of Defendant's exhibits, consistent with the approach undertaken in *In re: Social Media Adolescent Addiction/Personal Injury Products Liability Litigation*, No. 4:22-md-03047-YGR (PHK) (N.D. Cal.), where the plaintiffs initially filed a large number of exhibits and pages but later

withdrew the originally filed exhibits and re-filed more limited, excerpted versions to minimize the burden imposed on the parties and the Court. To that effect, barring unforeseen circumstances, Plaintiffs will send counsel for Defendant the re-filed, excerpted *In re Social Media* versions of the documents previously produced to Defendant in this litigation by March 9, 2026 at 12 p.m. (PT).

6.  The parties are currently in active negotiations regarding Defendant's exhibits, including the potential withdrawal of those exhibits and re-filing of an excerpted set. As a result, the potential exhibits and pages subject to sealing under the applicable protective order and Local Rule 79-5 may be uncertain.

7.  The Parties believe that additional time is necessary to complete these discussions. Further, because the document set ultimately subject to sealing may be uncertain, Plaintiffs cannot yet determine the full scope of materials within that document set that they wish to seal and assemble evidence for those sealing requests. Given the foregoing, the Parties request an extension of the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of the Opposition.

8.  If the Court extends Plaintiffs' deadline to file their motions to seal, it should also extend Defendant's deadline to file any response to those motions, pushing it from April 10, 2026 to April 24, 2026. The requested time modification will not otherwise affect the schedule for these cases.

9.  In accordance with Civil Local Rule 6-2(a)(2), the Parties state as follows that:
    a) The Parties have thrice stipulated to, and the Court has approved, extensions to the briefing schedule on the pending motions for preliminary injunctions;
    b) The Parties have twice stipulated to, and the Court has approved, rescheduling the date for the Initial Case Management Conference;
    c) The Parties have once stipulated to, and the Court has approved, rescheduling the deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of Defendant's Opposition, from February 27, 2026 to March 20, 2026.

For the foregoing reasons, the Parties stipulate and respectfully jointly request that the

deadline for any motions to seal materials or information filed conditionally under seal in connection with the filing of the Opposition be extended.

Dated: March 6, 2026

Respectfully submitted,

O'MELVENY AND MYERS LLP

*s/ Daniel M. Petrocelli*
DANIEL M. PETROCELLI
JONATHAN D. HACKER
*Attorneys for Plaintiff TikTok Inc.*

COVINGTON & BURLING LLP

*s/ Isaac D. Chaput*
ISAAC D. CHAPUT
MARK W. MOSIER
TEENA-ANN V. SANKOORIKAL
ASHLEY SIMONSEN
ALEXANDER L. SCHULTZ
JEFFREY E. SANDBERG
ALEXANDRA J. WIDAS
KUNTAL CHOLERA
*Attorneys for Plaintiff Meta Platforms, Inc.*

COOLEY LLP

*s/ Michael Rome*
MICHAEL ROME
ELIZABETH B. PRELOGAR
RAYMOND P. TOLENTINO
EPHRAIM A. MCDOWELL
BENEDICT HUR
JONATHAN PATCHEN
*Attorneys for Plaintiffs Google LLC and YouTube, LLC*

|   |   |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | TODD GRABARSKY |
|   | LARA HADDAD |
| 3 | Supervising Deputy Attorneys General |
| 4 | *s/ Shiwon Choe* |
|   | ASHA ALBUQUERQUE |
| 5 | WILLIAM BELLAMY |
|   | SHIWON CHOE |
| 6 | CHRISTOPHER J. KISSEL |
|   | SAMUEL SOKOLSKY |
| 7 | MEGHAN H. STRONG |
|   | ZELDA VASSAR |
| 8 | Deputy Attorneys General |
|   | *Attorneys for Defendant Rob Bonta, in his* |
| 9 | *official capacity as Attorney General of* |
|   | *California* |

\* In accordance with Civil Local Rule 5-1(i)(3), the filer attests that all signatories have concurred in the filing of this document.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March  9 , 2026

_____
THE HON. EDWARD J. DAVILA
United States District Judge